CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Isabel Masanque, Esq., SBN 292673
100 Pine St., Ste. 1250, San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**The Magliocco Group Inc.**, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case**: 3:21-cv-07148-VC<br><br>**Plaintiff's Objection to Defendant's "Supplemental Brief" at Docket No. 26**<br><br>Hon. Vince Chhabria |

　　　　Defendant filed a Motion to Dismiss on January 18, 2022. (Dkt. No. 16). Plaintiff filed his Opposition brief on February 1, 2022. (Dkt. No. 17). Per the Court's order, Replies were due on or before February 8, 2022. (Dkt. No. 16). Defendant did not file a Reply brief by this date. On March 15, 2022, the Court vacated the hearing date on the motion which was originally scheduled for March 17, 2022. (Dkt. No. 25).

　　　　On March 28, 2022, Defendant filed a "Supplemental Brief" in support of its Motion to Dismiss. (Dkt. No. 26). Defendant's Supplemental

1  Brief is improper under Local Rule 7-3(d), which states that no additional
2  memoranda may be filed without court approval. Subsection (d)(2) provides
3  an exception which allows a party to file a "Statement of Recent Decision."
4  However, the statement must be filed "[b]efore the noticed hearing date"
5  and may only include the citation to the new opinion and a copy of the
6  decision, "without argument." Local Rule 7-3(d)(2). Here, Defendant's
7  "Supplemental Brief" was filed several days after the original hearing date.
8  More importantly, the "Supplemental Brief" contains additional
9  arguments, in non-conformance with Local Rule 7-3(d)(2).

10  For the foregoing reasons, Plaintiff objects to Defendant's
11  Supplemental Brief and requests the Court strike the briefing in its entirety.

Dated: April 5, 2022          CENTER FOR DISABILITY ACCESS


                              By: /s/ Isabel Rose Masanque
                                  Isabel Rose Masanque
                                  Attorneys for Plaintiff