UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>v.<br><br>THE MAGLIOCCO GROUP INC.,<br><br>        Defendant. | 21-cv-07148-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case, Dkt. No. 31, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
VINCE CHHABRIA
United States District Judge